**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LESAUNDRA JENKINS, ) | No. CV 11-1344-ODW (AGR) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| W. MILLER, ) | |
| Respondent. ) | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: March 7, 2011

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE